IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| DANNY LEE WARNER,<br><br>                Plaintiff,<br><br>vs.<br><br>CHUCK CURRY, JENNIFER ROOT, JAMES DUSING, TAMMY BOWEN, SGT. SCHUELEN, and CBM MANAGED SERVICES,<br><br>                Defendants. | CV 17–104–M–DLC–JCL<br><br>ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendations in this case on May 29, 2018, recommending that Defendant CBM's Motion to Dismiss be granted in part and denied in part. Plaintiff Danny Lee Warner ("Warner") failed to timely object to the findings and recommendations, and so waived the right to de novo review of the record. 28 U.S.C. § 636(b)(1). The Court will therefore review the record for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

After reviewing the record and finding no clear error, this Court agrees with Judge Lynch's findings in full.

Accordingly, IT IS ORDERED that Judge Lynch's Findings and Recommendations (Doc. 42) are ADOPTED IN FULL.

(1) Defendant CBM's Motion to Dismiss (Doc. 40) is DENIED IN PART as to Warner's claim that CBM denied him adequate nutrition to maintain health in violation of his Fourteenth Amendment rights under the United States Constitution.

(2) Defendant CBM's Motion to Dismiss (Doc. 40) is GRANTED IN PART as to any alleged equal protection claim raised against Defendant CBM.

DATED this 6th day of August, 2018.

Dana L. Christensen, Chief Judge
United States District Court