IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANNY LEE WARNER,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DUSING; CBM MANAGED SERVICES,<br><br>Defendants. | Cause No. CV 17-104-M-DLC-JTJ<br><br>ORDER |

On July 30, 2019, the Court granted Plaintiff Warner's motion to alter the judgment entered on June 5, 2019, only as to Defendant CBM Managed Services. The case is reopened for further proceedings on Warner's claims against CBM. In reviewing the file, the Court also noted that the County Defendants' proposed order for dismissal was mistakenly prepared for the magistrate judge. *See* Stipulation of Dismissal (Doc. 115); Order (Doc. 116).

Accordingly, IT IS ORDERED that, pursuant to the parties' stipulation (Doc. 115 at 1–2), Defendants Curry, Root, Scheulen, and Bowen are DISMISSED WITH PREJUDICE.

DATED August 8, 2019.

Dana L. Christensen, Chief District Judge
United States District Court