IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

SEP 16 2019
Clerk, U.S. Courts
District of Montana
Missoula Division

| | |
|---|---|
| DANNY LEE WARNER, | CV 17-00104-M-DLC |
| Plaintiff, | |
| vs. | ORDER |
| CBM MANAGED SERVICES, | |
| Defendant. | |

Pursuant to the Stipulation for Dismissal with Prejudice filed by the Plaintiff and CBM Managed Services (Doc. 139),

**IT IS ORDERED** that all claims against Defendant CBM Managed Services are **DISMISSED WITH PREJUDICE**, with each party bearing their own costs and attorney's fees.

All other claims having been resolved, the Clerk of Court is directed to enter a judgment of dismissal and close the case.

DATED this 16th day of September, 2019.

Dana L. Christensen, Chief Judge
United States District Court Judge